#49

**United States District Court**
**Southern District of Texas**
**FILED**

No. B-99-00057-002

FEB 0 4 2002

Michael N. Milby
Clerk of Court

# AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

CAB-02-30

I, __JESUS RESENDEZ Jr.,__ am the __DEFENDANT__, in the above-entitled case; that in support of my motion to proceed without being required to prepay fees or costs, I state that because of my poverty I am unable to pay the costs of said proceedings; and that I believe I am entitled to redress; and that the issues which I desire to present are the following:

**Ineffective Assistance of Counsel, Actual Innocence; and**

**U.S. Sentencing Guide lines.**

I further state that the responses which I have made to the questions and instructions below relating to my ability to pay costs are true.

1. Are you presently employed? __yes B.O.P.__
   a. If the answer is yes, state the amount of your salary or wages per month which you receive. $__7.00__
   b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past twelve months any income from any source, including income from a business, profession, or other form of self-employment, or in the form of pensions, life insurance, gifts, or inheritance, rent payments, interest, dividends, or any other source? __Yes Gifts__
   a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.
   __Money from family.__

3. Do you own any cash or checking or savings accounts? __Yes__
   a. If the answer is yes, state the total value of the items owned.

   __B.O.P. prison account only, SEE ATTACHED.__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **NO**

   a. If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependant upon you for support and state your relationship to those persons. **NOW - NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January**, 2002          _/s/ Jesus Resendez Paz Jr._
             (Date)                         (Signature of applicant)


---

STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, _Jesus Resendez Paz Jr._ has a present inmate account balance of $ _33.81_ at the _FCI BASTROP_ institution. I further certify that the average monthly deposits for the six months preceeding the notice of appeal is $_____ .

6 MONTHS DEPOSITS EQUALS $368.06

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months prior to the notice of appeal is $ _61.47_ .

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

11 Jan. 2002                           _/s/_
Date Certified                          Authorized Officer of Institution

# CERTIFICATE OF ATTESTATION

I, __B. Warren_____, the __COUNSELOR_____

for the __FCI BASTROP_____, do hereby certify the truthfulness of the

following information relating to __Jesus Paz Resendez Jr._____,

Inmate No. __55494-079_____.

I do hereby certify that the inmate's highest monthly balances for the past six months were as follows:

$ _____    DATE: _____

$ _____    DATE: _____

$ _____    DATE: _____

$ _____    DATE: _____

$ _____    DATE: _____

$ _____    DATE: _____

I do further certify that the total amount of deposits to the inmate's trust account during the past six months was $ __318.84_____, and that plaintiff's present balance is $ __81.07_____.

In testimony thereof, I have hereunto set my hand this the __11th_____

day of __January_____, ~~19~~ __2002_____.

__B. Warren, Correctional Counselor__
**Print Name**

_[signature]_
**Signature**