CLERK OF THE COURT
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS



United States District Court
Southern District of Texas
FILED

FEB 0 4 2002

Date: January 16, 2002
Michael N. Milby
Clerk of Court

CAB-02-30

RE: U.S. vs. JESUS RESENDEZ PAZ JR.    CASE No. B-99-00057-002

Dear Sir,

   Pursuant to 28 U.s.c. 753 (f) and 2250, I respectfully request to be furnished a gratis copy of:

(a) Plea Transcripts/Plea Agreement;

(b) Sentencing Transcripts;

(c) Indictment/ Information (Which ever formed basis of Conviction);

(d) Judgement and commitment order;

(e) Grandy Jury Minutes;

(f) Evidentary Hearing Transcripts;

(g) Any other Discovery Documents, Tape recordings, notes, exhibits
    introduced to Court and Grand Jury.

   In addition to the above, I further request to be furnished with the name and address of the court reporter or reporters who recorded verbatim by shorthand, mechanical means, electric sound recordings, or any other method, all proceedings in the above entitled caption case.

   I declare under penalty of perjury persuant to 28 U.S.C. 1746, that because of my poverty, I am unable to remit to the cost of the foregoing request, and thus feel I am entitled to same pursuant to 28 U.S.C. 1915. SEE ATTACHED.

Thank you for your cooperation.

                Respectfully submitted,

                *Jesus Resendy Jr.*
                Jesus Resendez/Jr.
                55494-079   Austin Unit
                Federal Correctional Institution
                P.O. Box 1010
                Bastrop, Texas 78602-1010

**ATTACHMENTS:**

Pages 8 and cover Presentence Investigation Report;

Affidavit in Support of Motion to Proceed in Forma pauperis;

statement of account.