# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS RESENDEZ PAZ, JR. | * |
| | * |
| VS | * C.A. NO. B-02-030 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-99-057-02) |

## NOTICE OF DISMISSAL
## FOR LACK OF PROSECUTION

On April 4, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on February 22, 2002, 28 U.S.C. § 2255 Forms were mailed to the Petitioner. The Petitioner has failed to response and has not submitted the 28 U.S.C. § 2255 Forms.

It is, therefore, **ORDERED** that the request for the criminal record be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by May 6, 2002.

DONE at Brownsville, Texas, this 4th day of April 2002.

Felix Recio
United States Magistrate Judge