UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

JESUS RESENDEZ PAZ, JR., §
 §
   Petitioner, §
 §
 § CIVIL ACTION NO. B-02-030
v. § CRIMINAL NO. B-99-057-02
 §
 §
 §
 §
UNITED STATES OF AMERICA, §
 §
   Respondent, §

MOTION FOR RECONSIDERATION AND
RE-INSTATE APPEAL

On June 10, 2002 I received a Magistrate Judge's Report and Recommendation, Dismissing my appeal without prejudice. For failure to respond on the dew date.

On January 16, 2002, I mailed to the Southern District Court, a Certified letter requesting (forma pauperis documents, my plea agreement, transcripts and discovery of other documents) SEE Exhibit (A) attached A thru G.

The response was Six copies of the 2255 forms, and I was not given any other documents or any other dew date. As of today I am still waiting on the documents that I requested. I need those documents I have requested in order to proceed with my facts and submit my 2255 Motion.

I am requesting the Court to reconsider the Courts ruling and re-instate my appeal. Also send me the documents I need to back my appeal, that I requested.

Sincerely,

_____
Jesus Resendez Paz, Jr.,

CERTIFICATE OF SERVICE

This is to certify I have this day served a copy of the within and foregoing pleading upon opposing counsel and the following concerened parties by a copy of same in the United States Mail with sufficient postage attached thereon as follows:

United States District Court
Southern District of Texas
Brownsville Division
Federal Building
600 Harrison St.
Brownsville, Texas 78520-7114

U.S. Attorneys Office
1036 E. Levee St.
P.O. Box 1671
Brownsville, Texas 78520

_____
Jesus Resendez Paz, Jr.,
55494-079 Austin Unit
Federal Correctional Institution
P.O. Box 1010
Bastrop, Texas 78602-1010