UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk O.H. Aldape

| | | |
|---|---|---|
| JESUS RESENDEZ PAZ, JR. | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-030 |
| | § | CRIMINAL NO. B-99-057-02 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

On June 10, 2002, this Court issued a Report and Recommendation which recommended that the District Court dismiss this cause of action without prejudice due to a lack of prosecution. The Petitioner filed an objection to the Report, and has given adequate reasons for his temporary lack of prosecution. The June 10, 2002, Report and Recommendation is hereby WITHDRAWN, and this case will proceed on the merits.

DONE at Brownsville, Texas, this 2d day of July, 2002.

Felix Recio
Uited States Magistrate Judge