United States District Court
Southern District of Texas
ENTERED
JUL 0 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk O. H. Aldape

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RESENDEZ PAZ, JR. Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-030 |
| UNITED STATES OF AMERICA, Respondent. | § § § | CRIMINAL NO. B-99-057-02 |

## ORDER

This United States District Clerk's office is hereby ordered to send the transcripts of the guilty plea, evidentiary hearing, and sentencing record in Criminal Number B-99-057-02. Additionally, the District Court should send the Petitioner a copy of the judgment and indictment in his criminal case.

DONE at Brownsville, Texas, this 2nd day of July, 2002.

Felix Recio
Uited States Magistrate Judge