UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RESENDEZ-PAZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-030 |
| UNITED STATES OF AMERICA, Respondent. | § § § | CRIMINAL NO. B-99-057-02 |

### ORDER

The Petitioner's Application to Proceed in Forma Pauperis (Doc. # 1) is hereby **GRANTED**. Let the Applicant proceed without the pre-payment of cost of fees or the necessity of giving security therefor.

DONE at Brownsville, Texas, this 14th day of August, 2002.

Felix Recio
United States Magistrate Judge