*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 27 mp
~~DEC 0 2~~ 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| | § | CRIM. NO. 1:99 CR 00057-002 |
| vs. | § § | Civil NO. B-02-030 |
| | § § | Appeal NO._____ |
| | § § | |
| JESUS RESENDEZ-PAZ, | § § | |
| Petitioner, | § § | |

## NOTICE OF APPEAL

NOTICE is hereby given that the defendant, Jesus Resendez-Paz, in the above civil/criminal matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order entered in this cause on November 14, 2002, denying petitioner the right of discovery and over turning the Magistrate's order granting petitioner the discovery requested. Cause #B-02-030.

Signed this 22nd day of November, 2002,

BY: _____
Jesus Resendez-Paz
55494-079  Austin Unit
Federal Correctional Institution
P.O. Box 1010
Bastrop, Texas 78602-1010

## CERTIFICATE OF SERVICE

This is to certify I have this day served a copy of the within and foregoing pleading (NOTICE OF APPEAL) upon opposing counsel and the following concerned parties by depositing a copy of the same in the United States Mail with sufficient postage attached thereon as follows:

U.S. Attorneys Office
1036 E. Levee St.
P.O. Box 1671
Brownsville, Texas 78520

United States District Court
For The Southern District of Texas
Brownsville, Division
600 E. Harrison St.
Federal Bldg.
Brownsville, Texas 78520-7114

United States Court Of Appeals
For The Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

Signed this 22nd day of November, 2002.

BY: _____
Jesus Resendez-Paz,
55494-079  Austin Unit
Federal Correctional Institution
P.O Box 1010
Bastrop, Texas 78602-1010