UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RESENDEZ PAZ, JR.<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02-030 |
| | § | CRIMINAL NO. B-99-057-02 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

On November 14, 2002, the United States District Court denied Petitioner Paz's request for access to transcripts and other discovery documents at the government's expense (Doc. # 13). On November 27, 2002, Petitioner Paz filed a Notice of Appeal (Doc. # 14). Petitioner Paz's interlocutory appeal is now pending before the Fifth Circuit Court of Appeals. Therefore, Petitioner Paz's 28 U.S.C. Section 2255 petition currently pending in this court should be held in abeyance. Additionally, Petitioner's "Brief in Support of Due Process, Appointment of Counsel, and Government Providing Transcript, on Motion to Vacate and Set Aside Sentence of Person in Federal Custody" (Doc. # 15) is hereby mooted until a decision is reached by the Fifth Circuit. Additionally, so long as Petitioner's interlocutory appeal is pending at the Fifth Circuit, he must obtain leave of court before filing any other motions in his case.

DONE at Brownsville, Texas, this 12th day of May, 2003.

Felix Recio
United States Magistrate Judge