UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS RESENDEZ PAZ, JR., § § § Petitioner, § § vs. § § § § § UNITED STATES OF AMERICA, § § Respondent. § § - - - - - - - - - - - - - - - - - § | Civil Action No. B-02-030 Criminal No. 99-057-02 |

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Jesse Resendez - Paz, Jr., defendent in criminal case No. 1:99 CR 00057-002, hereinafter referred to as petitioner and respectfully files this motion for appointment of counsel and providing of transcripts, by the government.

This court entered an order (exhibit "A") on May 13, 2003, holding this case in abeyance pending a ruling by the Fifth Circuit on petitioner's interlocutory appeal.

On August 20, 2003, the Fifth Circuit Dissmissed petitioner's appeal based upon the erroneus finding (exhibit "B") that the petitioner, "does not have a 28 U.S.C. §2255 motion, or any other action, pending in the district court." It is obvious from the court order of May 13, 2003, that there is a §2255 and other motions pending in this District Court that necessitates the transcripts and appointment

of counsel.

Petitioner is an uneducated Mexican-American attempting to perfect the merits of a complicated appeal. The order of this court and the ruling of the Fifth Circuit are beyond this petitioner's understanding and comprehension.

Petitioner was not informed of his right to appeal any aspect of this case by the sentencing judge at the time of sentencing.

Additionally, petitioner has never read nor does petitioner have any recollection of the plea agreement alledgelly signed in this case, nor was he given a copy.

Representation by counsel was totally inadequate, and in violation of petitioner's right to a fair trial.

Petitioner prays that this Court would appoint counsel, and provide the transcripts and documents to correct this injustice.

Respectfully submitted.

*Jesus Resendez* / Paz, Jr., Pro Se

Dated this 23 day of September, 2003.

## CERTIFICATE OF SERVICE

I, **JESUS RESENDEZ - PAZ, JR.**, certify that on this 23 day of September, 2003, placed in the inmates mail system (affixed with first class prepaid postage) a copy of the attached motion to the following:

United States District Court
Southern District of Texas
Brownsville Division
3058 Federal Bldg.
600 E. Harrision St.
Brownsville, Texas 78520-7114

U.S. Attorneys Office
1036 E. Levee St.
P.O. Box 1671
Brownsville, Texas 78520

```
                            /s/ Jesus Resendez
                            ------------------------
                            Jesus Resendez Paz, Jr.,
                                 Austin Unit
                            Federal Correctional Institution
                            P.O. Box 1010
                            Bastrop, Texas 78602-1010
```

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40017
Conference Calendar

UNITED STATES OF AMERICA,

           Plaintiff-Appellee,

versus

JESUS RESENDEZ PAZ, JR.,

           Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-57-2

---

Before JONES, WIENER, and BENAVIDES, Circuit Judges

BY THE COURT:

 Jesus Resendez Paz, Jr. ("Resendez"), federal prisoner # 55494-079, has filed an appeal from the district court's denial of his motion for transcripts at the government's expense. Resendez moves in this court for transcripts and for the appointment of counsel.

 Because Resendez does not have a 28 U.S.C. § 2255 motion, or any other action, pending in the district court, he is not entitled to transcripts or to appointed counsel. See Walker v. United States, 424 F.2d 278, 278-279 (5th Cir. 1970); Harless v. United States, 329 F.2d 397, 398-399 (5th Cir. 1964). For the same reasons, Resendez's appeal of the district court's denial of

No. 03-40017  
- 2 -

transcripts is without an arguable basis and is frivolous. <u>See</u> 5TH CIR. R. 42.2; <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). Under Fifth Circuit Rule 42.2, an appeal will be dismissed if it appears to the court, upon hearing of "any interlocutory motion," that the appeal is frivolous and entirely without merit. 5TH CIR. R. 42.2. Accordingly, the appeal is DISMISSED.

    MOTIONS DENIED; APPEAL DISMISSED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

JESUS RESENDEZ PAZ, JR. §
Petitioner, §
§
v. § CIVIL ACTION NO. B-02-030
§ CRIMINAL NO. B-99-057-02
UNITED STATES OF AMERICA, §
Respondent. §

## ORDER

On November 14, 2002, the United States District Court denied Petitioner Paz's request for access to transcripts and other discovery documents at the government's expense (Doc. # 13). On November 27, 2002, Petitioner Paz filed a Notice of Appeal (Doc. # 14). Petitioner Paz's interlocutory appeal is now pending before the Fifth Circuit Court of Appeals. Therefore, Petitioner Paz's 28 U.S.C. Section 2255 petition currently pending in this court should be held in abeyance. Additionally, Petitioner's "Brief in Support of Due Process, Appointment of Counsel, and Government Providing Transcript, on Motion to Vacate and Set Aside Sentence of Person in Federal Custody" (Doc. # 15) is hereby mooted until a decision is reached by the Fifth Circuit. Additionally, so long as Petitioner's interlocutory appeal is pending at the Fifth Circuit, he must obtain leave of court before filing any other motions in his case.

DONE at Brownsville, Texas, this 12th day of May, 2003.

Felix Recio
United States Magistrate Judge