# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 03-40017
Conference Calendar

D.C. Docket No. B-99-CR-57

U.S. COURT OF APPEALS
**FILED**
AUG 2 0 2003
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
SEP 1 5 2003
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JESUS RESENDEZ PAZ, JR

    Defendant - Appellant

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: SEP 1 1 2003

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
SEP 1 1 2003