

# MEMORANDUM

DATE: November 6 2003

TO:     All Counsel

FROM: Olivia Gutierrez, Civil Clerk

RE:     C A B-02-30 Jesus Resendez Paz Jr vs USA
          Pleading No 20

-------------------------------------------------------------------------------

Rescanning as of this date Order entered 10/16/03. Inadvertently scanned on that date wrong second page.


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 10 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JESUS RESENDEZ PAZ, JR. | * | |
| VS | * | CIVIL ACTION NO. B02-030 |
| UNITED STATES OF AMERICA | * | (Criminal No. B-99-057-02) |

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## <u>O R D E R</u>

Petitioner Jesus Resendez Paz, Jr., has filed a Motion for Appointment of Counsel and for copies of transcripts. The motion (Docket No. 17) is DENIED.

On February 20, 2002, the United States District Clerk's Office in Brownsville, Texas, mailed Petitioner forms that were to be used by Petitioner to file a proper writ of habeas corpus. Petitioner failed to file the proper documents. On June 5, 2002, this Court recommended the dismissal of Petitioner's application without prejudice for lack of prosecution. On Petitioner's request that order was withdrawn and Petitioner was permitted to proceed. Petitioner then requested copies of transcripts and other records which the Magistrate Judge granted over the opposition of the government. During this time the Petitioner had not yet filed a proper writ of habeas corpus and to this date has not filed the proper forms.

On November 14, 2002, the United States District Judge overruled the Magistrate Judge's order and dismissed the Petitioner's request for transcripts and other documents on the grounds that Petitioner had not filed nor did he have pending a proper writ of habeas corpus. Petitioner appealed

and the Fifth Circuit Court of Appeals denied the appeal on grounds that no writ was pending and, therefore dismissed the appeal.

Petitioner was initially and is now precluded from filing a writ of habeas corpus on the grounds that any such petition would be untimely. For the reasons set forth herein above, the motion is DENIED.

DONE at Brownsville, Texas, this 10th day of October 2003.

Felix Recio
United States Magistrate Judge