United States District Court
Southern District of Texas
ENTERED

NOV 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JESUS RESENDEZ PAZ, JR.<br>Petitioner, | §<br>§<br>§ |
| v. | §    CIVIL ACTION NO. B-02-030 |
| | §    (CRIMINAL NO. B-99-057-02) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ |

### ORDER TO CLOSE CASE

On October 10, 2003, this Court issued an order (Docket No. 20) denying the Petitioner's motion for transcripts and appointment of council. That decision was based, in large part, on the fact that Petitioner has never filed a proper 28 U.S.C. § 2255 motion. In other words, though a civil case file has been open since February of 2002, Petitioner has never actually filed a proper application for relief under 28 U.S.C. § 2255. Accordingly, it is hereby ORDERED that this case (B-02-030) be closed. As a result, Petitioner shall file no further pleadings with this Court in connection with this case. In addition, any pending motions are hereby MOOTED by this order.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this 12th day of November, 2003.

_____
Felix Recio
United States Magistrate Judge